UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASON ALLEN CAMPBELL,<br><br>　　　　　Defendant. | No. 2:16-CR-015-JLQ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RELEASE<br><br>**Action Required by U.S. Probation Office** |

At Defendant's March 4, 2016, hearing on Defendant's Motion for release, ECF No. 24, Assistant U.S. Attorney George J.C. Jacobs, III, appeared for the United States. Defendant was present, in custody, with Federal Defender Andrea K. George and Legal Intern Daniel Rubin.

Defendant previously waived his right to a bail hearing at his arraignment on February 17, 2016. The United States did not file a written motion for detention at that time; it orally moved for detention in Court. But based on Defendant's waiver, the Court granted the United States' oral Motion for detention.

The Court has reviewed Defendant's Motion, the Pretrial Services Report, ECF No. 40, and the argument of the parties.

Pursuant to 18 U.S.C. § 3142, this Court has taken into account the evidence, testimony and information produced or proffered at this hearing.

The Court finds there are no conditions or a combination of conditions that would reasonably assure this Defendant's presence at trial or the safety of other

ORDER - 1

1 persons or the community.

2 **IT IS ORDERED** Defendant's Motion, **ECF No. 24**, is **DENIED**.
3 Defendant shall be held in detention pending disposition of this case or until
4 further order of the court.

5 Pretrial Services is directed to facilitate a substance abuse evaluation while
6 Defendant is in custody, to advise the Court and parties of the results, and to
7 further report on what treatment and pretrial supervision options are available in
8 Kalispel, Montana.

9 DATED March 4, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2